# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-MJ-181-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ONE 2010 LAND ROVER RANGE ROVER<br>ONE 2006 MASERATI QUATTROPORTE, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal" (Document No. 3) filed September 9, 2014. Having carefully considered the motion, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Unseal" (Document No. 3) is **GRANTED**.

Signed: September 11, 2014

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.