IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:14-MJ-181-DCK *SEALED*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ONE 2010 LAND ROVER RANGE ROVER ONE 2006 MASERATI QUATTROPORTE, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** for scheduling purposes. Interested party, John Wayne Perry, filed a "Motion For A Hearing On The Return Of Seized Property And To Quash The Warrants" (Document No. 7) in this matter on September 30, 2014. The Court believes that it would benefit from a response to the motion.

**IT IS, THEREFORE, ORDERED** that the government shall respond to this motion in writing on or before **OCTOBER 10, 2014**.

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge